IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Donna J. Fortier,                    :

          Plaintiff,                 :

     v.                              :    Case No. 2:08-cv-978

Commissioner of Social
Security,                            :    JUDGE MARBLEY

          Defendant.                 :

ORDER

     This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on January 15,
2010.  No objections have been filed to the Report and
Recommendation.  Therefore, the Court ADOPTS the Report and
Recommendation.  This case is remanded to the Commissioner
pursuant to 42 U.S.C. §405(g), sentence four.  The Clerk shall
enter judgment to that effect.




                              ___s/Algenon L. Marbley___
                              Algenon L. Marbley
                              United States District Judge